```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0012--CR (RRB)
                  "USA V ROBERT DALE HENRIE"
                  DEF 1.1 HENRIE, ROBERT DALE

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed:  07/21/04
            Closed:  04/26/05
No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  Released on Bond
        Trial date:
        Terminated:  YES
  Needs interpreter: NO
  Counsel of record: Mary Jane Haden
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 HENRIE, ROBERT DALE
```

| Document   | Count | Citation and Description   | Disposition        |
|------------|-------|----------------------------|--------------------|
| 1 - 1 IND  | 1     | 18:1341 MAIL FRAUD (F)     | Dismissed (50-1)   |
| 1 - 1 IND  | 2     | 18:1341 MAIL FRAUD (F)     | Dismissed (50-1)   |
| 1 - 1 IND  | 3     | 18:1341 MAIL FRAUD (F)     | Dismissed (50-1)   |
| 1 - 1 IND  | 4     | 18:1341 MAIL FRAUD (F)     | Dismissed (50-1)   |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0012--CR (RRB)
"USA V ROBERT DALE HENRIE"
DEF 1.1 HENRIE, ROBERT DALE

Including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 | IND | 5  | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 6  | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 7  | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 8  | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 9  | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 10 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 11 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 12 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 13 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 14 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 15 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 16 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 17 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 18 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 19 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 20 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 21 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 22 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0012--CR (RRB)
                                    "USA V ROBERT DALE HENRIE"
                                   DEF 1.1 HENRIE, ROBERT DALE
```

Including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 | IND | 23 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 24 | 18:1341 MAIL FRAUD (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 25 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 26 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 27 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 28 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 29 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Dismissed (50-1) |
| 1 - | 1 | IND | 30 | 18:2314 INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (F) | Dismissed (50-1) |
| 45 - | 1 | INF | 1 | 18:1341 MAIL FRAUD (F) | Sentenced (49-1) |
| 45 - | 1 | INF | 2 | 18:1957 MONEY LAUNDERING (F) | Sentenced (49-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F04-0012--CR (RRB)
              "USA V ROBERT DALE HENRIE"

                     For all filing dates
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
           Filed: 07/21/04
          Closed: 04/26/05
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/21/04 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 07/22/04 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 07/22/04 | [Re: DEF 1] MDJ Grand Jury Minutes re Indt Secret; WOA to be issued; no bail set. |
| NOTE - 2 | 07/26/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 7/26/04 in Las Vegas, NV. |
| 3 - 1 | 07/28/04 | [Re: DEF 1] Return of WOA executed 7/26/04 in Las Vegas, NV. |
| 4 - 1 | 08/31/04 | [Re: DEF 1] Documents transferred from: District of Nevada MJ-S-04-2146-PAL: Minutes of initial appearance, Original Bond w order setting conditions attached, Cy receipt and title of Honda Accord. |
| 5 - 1 | 09/03/04 | [Re: DEF 1] JDR Minute Order that arr is set at Anch 10/4/04 at 9:30 a.m.; USA may participate telephonically.  cc: USA, Def (234 Scotgrove St., Henderson, NV 89074), USM, PO |
| 6 - 1 | 09/20/04 | DEF 1 motion on shortened time for transport fro def from Las Vegas, NV to Anchorage, AK w/att fin aff. |
| 7 - 1 | 09/21/04 | [Re: DEF 1] AHB Order granting motion on shortened time for USM to transport def from def from Las Vegas, NV to Anchorage for arr on 10/4/04 (6-1). cc: USA, FPD, USM, USPO |
| 8 - 1 | 10/04/04 | [Re: DEF 1] JDR Order re USM to provide transport for def from Anch to Las Vegas, Nevad after arr on 10/4/04. cc: USA, FPD, USM, USPO |
| 9 - 1 | 10/04/04 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re: Arraignment on Indictment - held 10/4/04; guilty plea to cts 1-30 of Indictment; Pt Motions due 10/25/04; reply due 11/1/04; Order re: Prep for Trial filed; Oral Motion for Transportation granted; order signed; deft to submit to processing by USM.  cc: USA, FPD, USM, USPO, Judge Beistline |
| 10 - 1 | 10/04/04 | DEF 1 Unopposed motion on shortened time for permission to travel. |
| 11 - 1 | 10/06/04 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time for permission for def to travel (10-1). cc: USA, FPD, USPO |
| 12 - 1 | 10/12/04 | [Re: DEF 1] RRB Minute Order setting TBJ for 8:30 a.m., 11/22/04 at Fbks, FPTC set 8:30 a.m. 11/18/04 at Anch. cc: USA, FPD, USM, PO, Divisional Deputy, Finance, JC, MJ Roberts |
| 13 - 1 | 10/25/04 | DEF 1 motion to compel election between multiplicitous counts. |
| 14 - 1 | 10/25/04 | DEF 1 motion to strike prejudicial surplusage from Indictment. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F04-0012--CR (RRB)
                            "USA V ROBERT DALE HENRIE"

                                 For all filing dates


Document #   Filed      Docket text

   15 -  1   10/25/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to strike prejudicial
                        surplusage. (14-1)

   16 -  1   10/29/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to compel election between
                        multiplicitous counts. (13-1)

   17 -  1   11/01/04   [Re: DEF 1] Clerk's Notice re: receipt of passport and vehicle title w
                        order from USDC Nevada att. cc;Cooper, FPO, USM, MJ Roberts, Finance

   18 -  1   11/02/04   [Re: DEF 1] PLF 1 Stipulation/Certification of discovery (report of
                        conference).

   19 -  1   11/05/04   DEF 1 Unopposed motion to continue trial date and request for scheduling
                        conference.

   20 -  1   11/08/04   [Re: DEF 1] RRB Order granting unopposed motion to continue trial date
                        and request for scheduling conf (19-1).  The TBJ set for 11/22/04 is
                        vacated.  A scheduling conf is set for 11/12/04 at 10:00 a.m. in
                        Fairbanks.  Def may appear telephonically for the scheduling conference
                        unless he is in Fairbanks.  cc: S. Cooper, MJ Haden, USM, USPO, MJ
                        Roberts, JC

   21 -  1   11/12/04   [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Scheduling
                        Conference held 11/12/04. Trial date set for week of 1/3/05 in
                        Fairbanks, Alaska. FPTC set for 9:00 am ALASKA TIME 12/10/04 in
                        Fairbanks, Alaska. Parties may participate telephonically.  Court grants
                        permission for defendant to travel to Salt Lake City, Utah from
                        11/23-27th, 2004 to visit daughter. cc: USA; USPO; USM; MJ Haden, FPD;
                        Judge Beistline; Magistrate Judge Roberts.

   22 -  1   11/18/04   Initial R&R re: DEF 1 motion to compel election between multiplicitous
                        counts (13-1); recommended be dnied; Objections due NOON 11/29/04. Reply
                        due NOON 12/03/04. cc: USA, FPD, Judge Beistline

   23 -  1   11/24/04   [Re: DEF 1] JDR Order denying motion to strike prejudicial surplusage
                        from Indictment (14-1). cc: USA, FPD

   24 -  1   12/10/04   DEF 1 Notice of Intent to change plea.

   25 -  1   12/13/04   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] from Final Pretrial
                        Conference held 12/10/2004: Parties are working on an agreement; Court
                        instructs defense counsel to file a notice of intent to change plea.
                        Trial remains as previously set. Conditions of release remain as
                        previously set. cc: Cooper, Haden, FPO, USM, MJ Roberts

   26 -  1   12/16/04   [Re: DEF 1] RRB Minute Order COP/IOS hearing is set for 2/23/05 at 1:00
                        p.m. in Courtroom #3, at Anchorage, AK.  TBJ is VACATED.  A pre-sentence
                        report is ordered.  cc: AUSA, FPD, USM, USPO, JURY CLERK, MJ Roberts

   27 -  1   01/25/05   DEF 1 Unopposed motion to continue change of plea/sentencing hearing.

   28 -  1   01/27/05   [Re: DEF 1] RRB Order granting unopposed motion to continue change of
                        plea/sentencing hearing (27-1).  COP/IOS set 2/23/05 is vacated and
                        reset for 3/17/05 at 9:00 a.m. in Anchorage, Ak.  cc: AUSA, FPD, USM,
                        UPSO, MJ Roberts
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE F04-0012--CR (RRB)
                         "USA V ROBERT DALE HENRIE"

                              For all filing dates


 Document #   Filed      Docket text

   29 -  1   02/17/05   DEF 1 motion for transportation for defendant from Las Vegas, Nevada to
                        Anchorage, Ak. for his IOS set 3/17/05.

   30 -  1   02/18/05   [Re: DEF 1] RRB Order granting motion for transportation for defendant
                        from Las Vegas Nevada to Anchorage, Anchorage for his ios 3/17/05
                        (29-1).  cc: AUSA, FPD, USM, USPO

   31 -  1   03/10/05   [Re: DEF 1] PLF 1 Sentencing statement.

   32 -  1   03/14/05   DEF 1 Unopposed motion on shortened time to continue change of
                        plea/sentencing hearing set 3/17/05.

   33 -  1   03/15/05   [Re: DEF 1] RRB Order granting unopposed motion on shortened time to
                        continue change of plea/sentencing (32-1).  The ios set 3/17/05 is
                        continued to 4/21/05 at 8:30 a.m. in Anchorage.  cc: AUSA, FPD, USM,
                        USPO, MJ Roberts

   35 -  1   04/11/05   [Re: DEF 1] JDR Minute Order reassigning magistrate referral to MJ Hall.
                        cc: USA; USM; USPO; MJ Haden, FPD; Judge Beistline; MJ Roberts; MJ Hall.

   34 -  1   04/12/05   DEF 1 motion on shortened time for transportation for defendant from Las
                        Vegas, Nevada to Anchorage, AK on shortened time.

   36 -  1   04/12/05   [Re: DEF 1] RRB Order granting motion on shortened time for
                        transportation for defendant from Las Vegas, Nevada to Anchorage, Ak.
                        for the IOS set for 4/21/05 at 8:30 a.m. (34-1).  cc: AUSA, FPD, USM,
                        USPO

   37 -  1   04/12/05   DEF 1 Notice of filing w/att exhs.

   38 -  1   04/15/05   DEF 1 Notice of filing def's written statement to the court w/att
                        statement.

   39 -  1   04/18/05   DEF 1 Notice of witness testimony at sentencing.

   39 -  2   04/18/05   DEF 1 motion (request) for witness to appear telephonically.

   40 -  1   04/18/05   DEF 1 Sentencing Memorandum w/att exhs.

   41 -  1   04/19/05   [Re: DEF 1] RRB Order granting motion (request) for witness to appear
                        telephonically (39-2).  cc: AUSA, MJ Haden

   41A-  1   04/20/05   [Re: DEF 1] RRB Minute Order the court will be amenable to conducting
                        sentencing in Fairbanks if deemed appropriate by either party. cc: AUSA,
                        FOD, USM, USPO

   42 -  1   04/20/05   DEF 1 opposition to conducting IOS in Fairbanks.

   43 -  1   04/20/05   [Re: DEF 1] PLF 1 Response to Minute Order regarding sentencing.

   44 -  1   04/21/05   [Re: DEF 1] RRB Order granting def's oral motion to transport def from
                        Anchorage, Ak. to Las Vegas Nevada after his IOS 4/21/05.  cc: AUSA,
                        FPD, USM, USPO

   45 -  1   04/21/05   [Re: DEF 1] PLF 1 Information.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE F04-0012--CR (RRB)
                                    "USA V ROBERT DALE HENRIE"

                                       For all filing dates


 Document #    Filed      Docket text
    46  -  1  04/22/05    DEF 1 Waiver of indictment.

    47  -  1  04/22/05    [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton/April Karper] re
                          COP/IOS (held 4/21/05); def changed pleas to guilty on cts 1 & 2 of the
                          Superseding Information; ct ordered receipt of $20,000 restitution
                          payment; sentence imposed as statement in the judgment; govt restitution
                          brief due within 30 days; motion for transportation from Anchorage to
                          Las Vegas, NV granted; deft to self-surrender to BOP facility upon
                          designation; w/att list of exhibits and witnesses.  cc: USA, FPD, USM,
                          USPO, MJ Hall, finance

    48  -  1  04/22/05    [Re: DEF 1] RRB Minute Order by way of clarification, court will likely
                          require only token reimbursement paid during def's incarceration.
                          Reimbursement cannot be based one earning of defs wife.  cc: AUSA, FPD,
                          USm, USPO, ECR

    49  -  1  04/26/05    [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1,2 of the
                          Information (45-1).  Imprisonment for a term of 16 months on each count
                          to run currently w/recommendations.  Def shall surrender as notified by
                          the USPO. SR 3 years w/standard and special conditions.  SA 200.00.
                          Restitution is deferred, an amended judgment will be entered.  cc: AUSA,
                          FPD, USM, USPO, Finance, FLU, MJ Hall, Def w/cnsl cy

    50  -  1  04/26/05    [Re: DEF 1] RRB Judgment of Discharge dismissed or Other count(s)
                          1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,
                          28,29,30 of the Indictment (1-1).  cc: AUSA, FPD, USM, USPO, MJ Hall,
                          Def w/cnsl cy

    51  -  1  05/20/05    [Re: DEF 1] PLF 1 Supplement re: Brief on Restitution (w/exhs A-C att).

    51  -  2  05/20/05    [Re: DEF 1] PLF 1 motion (briefing) for restitution.

    52  -  1  05/26/05    DEF 1 motion on shortened time for clarification & request for extension
                          of time to respond to government's supplemental brief on restitution.

    53  -  1  05/27/05    [Re: DEF 1] RRB Order granting motion on shortened time for
                          clarification & request for extension of time to 6/10/05 for def's to
                          file it's oppo to govt's supp breifing on restitution (52-1). cc: USA,
                          FPD

    54  -  1  06/09/05    [Re: DEF 1] Transcript re Change of Plea/Imposition of Sentence (held
                          4/21/05).

    55  -  1  06/10/05    DEF 1 Unopposed motion for ext of time (of two days)  to file opp to
                          supplemental briefing (Dkt 51) (on shortened time).

    56  -  1  06/13/05    [Re: DEF 1] RRB Order granting unopposed motion for ext of time to file
                          opp to supplemental briefing 6/14/05 (55-1). cc: AUSA, FPD

    57  -  1  06/14/05    DEF 1 opposition to [Re: DEF 1] PLF 1 motion (briefing) for restitution
                          (51-2).

    58  -  1  07/01/05    DEF 1 motion to exonerate bond with affidavit and exhibits attached.

    59  -  1  07/19/05    [Re: DEF 1] RRB Order granting motion to exonerate bond (58-1).  Title
                          and passport to be mailed to Jenice Henrie.  cc: USA; USM; USPO; MJ
                          Haden, FPD; MJ Hall.

 ACRS: R_RDSDX                       As of 12/27/05 at 09:10 AM by GARRY                       Page 4
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE F04-0012--CR (RRB)
                                "USA V ROBERT DALE HENRIE"

                                      For all filing dates

 Document #     Filed       Docket text
 ──────────     ─────       ───────────

     60 -   1  07/26/05    [Re: DEF 1] RRB Order granting motion (briefing) for restitution (51-2).
                           Auto Service Co., Inc's total restitution award is $157,635.57.  The
                           judg previously entered shall be supplemented to include the
                           restitution.  cc: AUSA, FPD, USM, USPO, ECR, Finance

     61 -   1  08/02/05    [Re: DEF 1] RRB Judgment (Amended).  Def plead guilty to counts 1 & 2 of
                           the SI.  Imprisonment for a term of 16 months, to be served concurrently
                           w/ recommendations.  Def to self surrender as notified by the USPO.  SR
                           3 years  w/standard and special conditions.  SA $200.00. Restitution in
                           the amount of $157,635.57 to the payee as stated.  cc: AUSA, FPD, USM,
                           USPO, MJ HALL, FINANCE, FLU, DEF W/CNSL CY

     62 -   1  08/04/05    DEF 1 appeal to 9CCA of (61-1) filed 08/02/05. cc:cnsl, Judge, 9CCA, USM
                           and USPO.

   NOTE -   3  08/08/05    Notation (re: Appeal): Transmittal: NOA.

     63 -   1  08/08/05    [Re: DEF 1] Cy 9CCA Time Schedule Order. (62-1) cc:cnsl; ECRO; Orig. to
                           9CCA.
```