UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 1 7 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROBERT DALE HENRIE,<br><br>Defendant - Appellant. | No. 05-30420<br><br>D.C. No. CR-04-00012-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

MAR 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The Court unanimously finds this case suitable for decision without oral

argument.  This case shall be submitted on the briefs and record, without oral

argument, on April 7, 2006.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF COURT

By:_____
Jennifer Flowers
Deputy Clerk